AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CARRIE TURNER,

        Plaintiff,

        v.

SPOKANE COUNTY SUPERIOR COURT,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-473-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Amended Complaint and the claims therein are dismissed without prejudice. File closed.

October 3, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer